UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RAYMOND PRUITT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:19-cv-00164-JPH-MJD ) |
| B. SMITH, et al. | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court having this day issued its Entry directing the entry of final judgment, now enters

FINAL JUDGMENT and this action is **dismissed without prejudice**.

Date:  2/10/2020

Laura Briggs, Clerk of Court

By: *Pam Pope*
Deputy Clerk

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

RAYMOND PRUITT
111243
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only